# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

131814

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 131814
                                       COA: 259896
                                       Muskegon CC: 04-050622-FH

PRINCE MONTGOMERY,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the June 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120